UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA GOMEZ,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | No.  1:24-cv-00678-EPG<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER<br><br>(ECF No. 20) |

　　　　IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

　　　　On remand, the Commissioner will further develop the record as necessary and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

　　　　Respectfully submitted this 14th day of January, 2025.

1

|   |   |   |
|---|---|---|
| | | MICHELE BECKWITH |
| | | Acting United States Attorney |
| | By: | *s/ Oscar Gonzalez de Llano* |
| | | OSCAR GONZALEZ DE LLANO |
| | | Special Assistant United States Attorney |
| | | Attorneys for Defendant |

Attorneys for Plaintiff

By:  */s/ Jonathan O. Peña \** 
Jonathan O. Peña
Peña & Bromberg, PC
*\*Authorized by email*

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 20), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.  The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant.  In light of the parties' stipulation to remand, the Clerk of Court is directed to terminate as no longer pending Plaintiff's Motion for Summary Judgment (ECF No. 17).

IT IS SO ORDERED.

Dated:   **January 15, 2025**           /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE